U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Filed APR - 4 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0184 |
| SONYA D. SYLVE | * | SECTION: "LLM"(1) |

\* \* \*

## JUDGMENT

Defendant, Sonya D. Sylve, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Sonya D. Sylve, according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Sonya D. Sylve, in the sum of $8,421.59, plus interest accruing on the principal amount at the rate of 10% per annum or the daily rate of $1.56 from November 9, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 4th day of April, 2000.

LORETTA G. WHYTE
_____
CLERK, UNITED STATES DISTRICT COURT

DATE OF ENTRY
APR - 4 2000

____ Fee
____ Process
 X   Dktd
____ CtRmDep
____ Doc.No.