**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 22  PM

LORETTA G. WHYTE
CLERK

---

*Financial Litigation Unit*

*Hale Boggs Federal Building*          *Telephone : (504) 680-3000*
*500 Poydras Street, Second Floor*     *Fax : (504) 589-3602*
*New Orleans, LA  70130*

May 19, 2006

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

            Re:   United States v. Sonya Sylve
                  Civil Action No. 00-0184 LLM

Dear Mrs. Whyte:

        The judgment rendered against the defendant in the above-referenced case has been satisfied.  Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

        *Your assistance is appreciated.*

                        Very truly yours,

                        JIM LETTEN
                        UNITED STATES ATTORNEY

                        ENEID A. FRANCIS
                        Assistant United States Attorney

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____